IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SCOTT MAHER,

    Plaintiff,

  v.

                                                                                                                    Case No. 18-cv-1061-bbc

WISCONSIN DEPARTMENT OF
HEALTH & HUMAN SERVICES, SAND
RIDGE SECURE TREATMENT
FACILITY AND DOUG BELLILE,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the defendants dismissing this case.

| /s/ | 11/10/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |