TO: OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
FOR THE 7th CIRCUIT
219 S. DEARBORN ST.
CHICAGO , IL
    60604-1874



U.S.C.A. - 7th Circuit
RECEIVED
JAN 06 2021

FROM: SCOTT T. MAHER
P.O. BOX 800
MAUSTON , WI
    53948-0800

12/30/2020

---

    I am writing this to you for I filed a 1st amendment case in the 6th circuit that was dismissed and I would like to appeal it however I do not know to do so the case number for the case is 18-CV-1061-BBC so if you would like to get the case and read it .

    Now I did ask the court for a lawer and was turned down even after I gave them the names of three lawers that my little brother called and left a message and got no call back from I will put their names in this letter at the end .

    Now I do not know the law it confuses me I was in special ED all through school as well I have ADHD along with a anxiety disorder and when it comes to the law I get confused and overwhelmed thus I really do need a lawer to help me with this case that a patient who was going to file with me then got scared and backed out so I put it in alone then the patient who was helping me got out of here and from what I hear is no longer in the state of WI thus I had to wing things with the case half way through because I couldn't get the court to give me a lawer.

    Now like I said I would like to appeal this for your court is the one who ruled for Brown in the Brown V IL on the same thing of being denied legal media of all kinds and from what I got in information from the patient who was helping me the Brown case sets president on places like this one and their denial of our 1st amendment rights .

    Well I hope that you can and will help me in this matter of appealing this case and giving me a lawer .

    Now below are the three names of the lawers that my little brother called and got no answer back from :

#1- RICHARD BOLTEN (MADISON) PHONE NUMBER : 1-(608)-257-9521

2-BRADY C. WILLIAMSON (MADISON) PHONE NUMBER : 1-(608)-257-3911

3-TIM PROVIS (PORT WASHINGTON) PHONE NUMBER : 1-(414)-339-4458

   Now I hope this help you see that I did try to find a lawer even though I can not aford one and I really do want to appeal this 1st amendment case for I am a full grown man over 18 and I have the right to all legal media regardless of what I may or may not have dun wrong in my life under the 1st amendment .

   I thank you for your time and hope to hear from you soon .

      THANK YOU TRULY
      SCOTT THOMAS MAHER

P.S. I AM PUTTING A COPIE OF THIS PLACES LIST OF RESINS FOR TELLING US WE CAN NOT HAVE A MOVIE OR OTHER LEGAL MEDIA.

#1-Depicts violence as a normal way of life; Preferred easy or only solution to problems .

#2-Sensationalizes and/or supports criminal or illegal activity or drug use.

#3-Depicts degrading or violent sex.

#4-Depicts gratuitous violence or senseless killing including graphic abduction, torture, violence and stalking.

#5-Includes full frontal nudity.

#6-Depicts non-consensual sex or sexual assault or that positive to the rape.

#7-Depicts elements that feed offense related sexual fantasies .

#8-Depicts sex with minors.

#9-Depicts children in a sexualized way or children portrayed as adults or older then they are.

#10-Primarily meant for an audience of children .

#11-Depicts full or partial nudity of children/juveniles .

#12-OTHER.

Please note that this is based on what some one else thinks is not right for us to have as well as what some reviewer thinks was depicted in the movie all of whom are not trained by the people who do the ratings in Hollywood .