IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SCOTT MAHER,

    Plaintiff,

v.

DOUG BELLILE,

    Defendant.

ORDER

18-cv-1061-bbc
App. No. 21-1038

Plaintiff Scott Maher has filed a notice of appeal from the court's November 10, 2020 order. To date, however, plaintiff has not paid the appellate docketing fee. Although plaintiff has filed a motion for leave to proceed without payment of the appellate filing fee, plaintiff neglected to include a certified resident account statement (or institutional equivalent) as required by the federal *in forma pauperis* statute, 28 U.S.C. § 1915(a)(2). Accordingly, the court cannot consider plaintiff's motion at this time.

ORDER

IT IS ORDERED that plaintiff Scott Maher may have until February 5, 2021 to either (1) pay the $505 appellate docketing fee; or (2) submit a resident account statement for the six-month period preceding the filing of the appeal in compliance with 28 U.S.C. § 1915(a)(2). Failure to comply as directed may result in the dismissal of this appeal.

Entered this 15th day of January, 2021.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge